Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00143 |
| | ) Judge Trauger |
| DANNY MADISON | ) |

MOTION TO WITHDRAW

Danny Madison, through counsel, moves to withdraw the Waiver of Arraignment for the Middle District of Florida, Tampa Division case ( 8:13-cr-00255-MSS-TGW) on the basis that it was improvidently filed.

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2013, I electronically filed the foregoing *Motion to Withdraw* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Clay Lee, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN