Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00143 |
| | ) Judge Trauger |
| DANNY MADISON | ) |

## MOTION FOR RELEASE OF PRESENTENCE REPORTS

Comes Danny Madison, through counsel, and requests entry of order directing the United States Probation Office to release two presentence reports for previous federal convictions in their possession and control to C. Douglas Thoresen, Assistant Federal Public Defender, for the purpose of assisting Danny Madison in his pending sentencing. These reports have been acquired by U.S. Probation Officer Liberty Lander and are to be utilized and/or considered in the preparation of the pending presentence report. Counsel for the defendant has been informed that these reports can not be released absent a court order. Counsel will maintain the privacy of these documents, and if required, will return all copies to the U.S. Probation Office upon termination of proceedings.

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013, I electronically filed the foregoing Motion for Release of Presentence Reports with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Clay Lee, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.
Liberty Lander, U.S. Probation Officer, 110 Ninth Avenue South, Suite A-725, Nashville, TN 37203-3899, has been copied with this motion, via electronic e-mail on this date.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN