IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No: 3:13-CR-00143 |
| | ) | |
| DANNY RAY MADISON | ) | Judge Trauger |

**UNITED STATES' MOTION FOR RELEASE OF PRESENTENCE REPORTS**

Comes now the United States Attorney, by and through the undersigned Assistant United States Attorney, and requests entry of order directing the United States Probation Office to release two presentence reports for previous federal convictions in their possession and control to the undersigned Assistant United States Attorney for the purpose preparing for the defendant's pending sentencing. These reports have been acquired by U.S. Probation Officer Liberty Lander and are to be utilized and/or considered in the preparation of the pending presentence report. Counsel will maintain the privacy of these documents, and if required, will return all copies to the U.S. Probation Office upon termination of proceedings.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

BY:   s/ Clay T. Lee
Clay T. Lee
Assistant U.S. Attorney
110th Avenue South, A96l
Nashville, Tennessee 37203
Phone:  615-736-5151